IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COALSALES II, LLC, a Delaware
Limited Liability Company,**

    **Plaintiff,**

v.

**GULF POWER COMPANY, a Maine
Corporation,**

    **Defendant.**                                   **Case No. 06-cv-488-DRH**

## ORDER

**HERNDON, District Judge**:

    Before the Court is the Motion of plaintiff, COALSALES II, LLC, to Supplement its Response to Defendant's Motion to Dismiss, or in the Alternative, to Transfer (Doc. 18). In its Motion, Plaintiff seeks leave to Supplement its Response with an Order Granting a Motion to Stay entered October 6, 2006 by the U.S. District Court for the Northern District of Florida in *Gulf Power Company v. Coalsales II, LLC, f/k/a Peabodycoalsales Company*, **No. 3:06cv 270/MCR/MD**. Plaintiff's Motion to Supplement (Doc. 18) is hereby **GRANTED**. Plaintiff is allowed leave to file the referenced Order as a Supplement to its Response (Doc. 15) by **November 1, 2006.**

    **IT IS SO ORDERED.**

    Signed this 23rd day of October, 2006.

                                                     /s/        David   RHerndon
                                                       **United States District Judge**